UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES MENGHINI and MEGHANN
MENGHINI, Husband and Wife,

      Plaintiffs,

vs.

WALMART INC and
WAL-MART STORES EAST, LP,

      Defendants.

Case No. _____

L.C. Case No. 24-21341-NO

| GERALD N. PIRKOLA (P46225) | NICOLE M. WRIGHT (P63513) |
|---|---|
| MOUW & CELELLO, P.C. | ZAUSMER, P.C. |
| Attorney for Plaintiffs | Attorney for Defendants |
| 100 East "C" Street – P.O. Box 747 | 32255 Northwestern Highway, Suite 225 |
| Iron Mountain, MI  49801 | Farmington Hills, MI  48334 |
| (906) 774-2480 | (248) 851-4111/ Fax: (248) 851-0100 |
| gnpirkola@gmail.com | nwright@zausmer.com |

## **DEFENDANTS' NOTICE OF REMOVAL**

NOW COME, Defendants, WALMART INC. and WAL-MART STORES EAST, LP ("Defendants"), by and through their attorneys, ZAUSMER, P.C., hereby remove this case from Dickinson County Circuit Court, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), for the reason that diversity of citizenship exists between the Plaintiffs, JAMES MENGHINI and MEGHANN MENGHINI, husband and wife, ("Plaintiffs"), citizens and residents of Dickinson County in the State of Michigan, and Defendants, organized under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. (See Paragraph One of Plaintiff's Complaint, attached as **Exhibit "A"**). Service has been effectuated upon Plaintiffs, and in support of its Notice of Removal of this action, Defendants state the following:

{05390067}

1. This action is pending in the Dickinson County Circuit Court in the State of Michigan. The Complaint was filed with the Circuit Court on or around January 11, 2024. (See Plaintiff's Complaint, attached as **Exhibit "A"**).

2. Defendant, WALMART INC., was served with Plaintiff's Summons and Complaint by Traceable Mail on January 26, 2024. (See Service of Process Transmittal Form, attached as **Exhibit "B"**).

3. This Notice of Removal is filed within thirty (30) days after Defendant was served with the Summons and Complaint, in compliance with 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached as **Exhibit "A"**.

4. This Court has jurisdiction over this action, pursuant to 28 U.S.C. §1332. Jurisdiction exists because the parties are respectively citizens of different states and the amount in controversy alleged in the Complaint, exclusive of costs, allegedly exceeds Seventy-Five Thousand and 00/100 ($75,000.00) Dollars.

   A. Based on the allegations in the Complaint, Plaintiffs are citizens of the County of Dickinson, State of Michigan. (See Plaintiffs' Complaint at Paragraph One, attached as **Exhibit "A"**.)

   B. Defendant, WALMART INC., formerly known as Wal-Mart Stores, Inc., a Delaware corporation, is a publicly traded company with shares listed and traded on the New York Stock Exchange under the symbol WMT. The principal place of business is Bentonville, Arkansas. No publicly traded entity owns more than 10% of the company. WALMART INC. is not a citizen of the State of Michigan.

   C. Defendant, WAL-MART STORES EAST, LP, is a Limited Partnership organized under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas. WAL-MART STORES EAST, LP is not a citizen of the State of Michigan.

   D. Defendant, WAL-MART STORES EAST, LP'S limited and general partners are not citizens of the State of Michigan:

{05390067}  2

- **General Partner**
  WSE Management, LLC
  702 S.W. 8th Street
  Bentonville, Arkansas 72716-0555
  WSE Management, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

- **Limited Partner**
  WSE Investment, LLC
  702 S.W. 8th Street
  Bentonville, Arkansas 72716-0555
  WSE Investment, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

E. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (formerly known as Wal-Mart Stores East, Inc.), an Arkansas Limited Liability Company. The principal place of business for the aforementioned entities is Bentonville, Arkansas. Walmart Stores, Inc. is the sole member of Wal-Mart Stores East, LLC, and is a corporation organized under the laws of the State of Delaware, whose principal place of business is in the State of Arkansas.

F. Further, according to the allegations in Plaintiffs' Complaint, the amount in controversy, exclusive of interest and costs, is in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. Specifically, Plaintiffs allege, *inter alia*, in their Complaint, that Plaintiff, JAMES MENGHINI, sustained serious and disabling injuries, including, but not limited to:

  i. Injuries to the right shoulder;

  ii. Injuries to the low back;

  iii. Injuries to the hip;

  iv. Neck injury;

  v. Pain, suffering and mental and psychological anguish;

  vi. Permanent pain, impairment and ongoing restrictions;

  vii. Physical pain and suffering (past and future);

      viii.    Disability and disfigurement;

      ix.    Mental anguish (past and future);

      x.    Denial of social pleasures and enjoyments;

      xi.    Medical expenses (past and future); and

      xii.    Lost wages (past and future).

(See Plaintiffs' Complaint at Paragraphs 19 and 20 (pp 3-4), attached as **Exhibit "A"**).

    G.    Additionally, Defendants have requested that Plaintiffs cap their alleged damages claim at Seventy-Five Thousand and 00/100 ($75,000.00) Dollars or less. (See Correspondence to Plaintiffs' Attorney, dated February 1, 2024, attached as **Exhibit "C"**). However, to date, Plaintiffs have declined to cap their alleged damages. Based on Plaintiffs' Counsel's response in an email exchange regarding capping damages, Defendants' understanding is that, at this juncture, Plaintiffs contend that their alleged damages are in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. (See Email from Plaintiffs' Attorney dated February 1, 2024, attached as **Exhibit "D"**).

    5.    For purposes of diversity of jurisdiction, a corporation is a citizen of "any State by which it has been incorporated and of the State where it has its principal place of business …." *See Delphi Automotive Systems, LLC v. Segway Inc.,* 519 F.Supp.2d 662, 665 (E.D. Mich. 2007).

    6.    In view of the above, there is complete diversity of citizenship between the parties.

    7.    Accordingly, based on the information known to date, this action may be removed from State Court to Federal Court, pursuant to 27 U.S.C. §§ 1332 and 1446(b). Defendants will file a copy of this Notice of Removal with the Clerk of the Dickinson County Circuit Court in the State of Michigan. Further, Defendants will serve copies of this Notice on Counsel of record for Plaintiffs.

                                                  Respectfully Submitted,

                                                  ZAUSMER, P.C.

                                                  /s/ *Nicole M. Wright*
                                                  NICOLE M. WRIGHT (P63513)
                                                  Attorney for Defendants
                                                  32255 Northwestern Highway, Suite 225
                                                  Farmington Hills, MI 48334
                                                  (248) 851-4111
Dated: February 20, 2024               nwright@zausmer.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 20, 2024,** I electronically filed the foregoing paper with the Clerk of the Court, using the ECF system and copies of such documents were served upon the following individuals by U.S. Mail:

    Gerald N. Pirkola
    Mouw & Celello, P.C.
    100 East "C" Street – P.O. Box 747
    Iron Mountain, MI  49801

                                                  /s/ *Nicole M. Wright*
                                                  Zausmer, P.C.
                                                  32255 Northwestern Highway, Suite 225
                                                  Farmington Hills, MI 48334-2374
                                                  (248) 851-4111
                                                  nwright@zausmer.com