UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES MENGHINI and MEGHANN
MENGHINI, Husband and Wife,

    Plaintiffs,

vs.

WALMART INC. and
WAL-MART STORES EAST, LP,

    Defendants.

Case No. 2:24-cv-00025-JMB-MV

Hon. Maarten Vermaat
U.S. Magistrate Judge

| | |
|---|---|
| GERALD N. PIRKOLA (P46225)<br>MOUW & CELELLO, P.C.<br>Attorney for Plaintiffs<br>100 East "C" Street – P.O. Box 747<br>Iron Mountain, MI 49801<br>(906) 774-2480<br>gnpirkola@gmail.com | NICOLE M. WRIGHT (P63513)<br>ANASTASIOS KIAFOULIS (P87516)<br>ZAUSMER, P.C.<br>Attorney for Defendants<br>146 Monroe Center St., NW, Ste 805<br>Grand Rapids, MI 49503-2844<br>(616) 272-7305/ Fax: (248) 851-0100<br>nwright@zausmer.com<br>akiafoulis@zausmer.com |

### STIPULATED ORDER FOR
### VOLUNTARY DISMISSAL WITH PREJUDICE

This matter having come before this Honorable Court pursuant to the stipulation of the Parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause of action be, and hereby is, dismissed with prejudice as to Defendants, WALMART INC. and WAL-MART STORES EAST, LP, without costs or fees to any party.

This Order resolves the last pending claim and closes the case.

June 4, 2025

/s/ *Maarten Vermaat*
**Maarten Vermaat**
**U.S. Magistrate Judge**